**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7251**

———————

GEORGE GRANT, JR.,

                                        Plaintiff - Appellant,

        versus

CAPTAIN BRYANT; MS SWANEY, Kitchen Supervisor
of Anderson County Detention Center; JOEY
PRESTON, County Administrator; DAVID CRENSHAW,
Sheriff; COUNTY OF ANDERSON,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  G. Ross Anderson, Jr., District
Judge.  (0:07-cv-00278-GRA)

———————

Submitted:  November 15, 2007      Decided:  November 27, 2007

———————

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

George Grant, Jr., Appellant Pro Se. James Victor McDade, DOYLE,
O'ROURKE, TATE & MCDADE, PA, Anderson, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Grant, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Grant v. Bryant</u>, No. 0:07-cv-00278-GRA (D.S.C. Aug. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>